FILED _____ LODGED
_____ RECEIVED _____ COPY

SEP 1 8 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# United States District Court
### for
### District of Arizona

T- SEALED

U. S. A. vs. Jessica Benally
Docket No. 3:17-CR-08175-BGM-1
AUSA: William G. Voit

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **MATTHEW M. SZMYTKE**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: Jessica Benally, who was released by the Honorable Bruce G. Macdonald sitting in the Court at Flagstaff, on the 11th day of July, 2017, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions. The defendant returned to her residence in New Mexico, and is supervised by the United States Probation Department for the District of New Mexico.

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

**1) The defendant shall resolve all lower court matters and provide proof of such to Pretrial Services by August 31, 2017.**

The defendant failed to resolve her lower court warrant in San Juan County, New Mexico by August 31, 2017.

**2) The defendant was ordered to maintain or actively seek verifiable employment if physically or medically able to do so, and provide proof of such to Pretrial Services.**

The defendant has failed to maintain or actively seek verifiable employment.

**3) The defendant shall not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the Defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. Defendant shall participate in drug treatment as directed by Pretrial Services and submit to drug testing, including urinalysis**

**testing and make copayment toward the cost of such services, as directed by Pretrial Services. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance abuse testing or monitoring which is (are) required as a condition of release.**

The defendant submitted a urine sample on August 12, 2017 which was too dilute to assure a valid result.

The defendant submitted a urine sample on August 18, 2017 which was too dilute to assure a valid result.

The defendant submitted a urine sample on August 20, 2017 which was too dilute to assure a valid result.

The defendant submitted a urine sample on August 24, 2017 which tested positive for methamphetamine.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A SUMMONS BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a summons.

_____          September 8, 2017
Matthew M Szmytke                          **Date**
U.S. Pretrial Services Officer

**Reviewed by**

_____          September 8, 2017
Thomas S. Moreno                           **Date**
Supervisory U.S. Pretrial Services Officer

**ORDER OF COURT**

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a summons. Considered and ordered this 8 day of September, 2017, and ordered filed and made a part of the records in the above case.

**The Honorable DAVID K. DUNCAN**
**United States Magistrate Judge**